In the Matter of the Claim of RAYMOND MILLER, Respondent, against LISK MANUFACTURING COMPANY, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 11, 1934; decided February 27, 1934.)

*John D. Sullivan* for appellants.

*Glenn L. Buck* for claimant-respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.